UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTIAN ARIEL CONCEPCION,

        Plaintiff,

vs.                                                                Civil Action No.:
                                                                 1:24-cv-05270-JGK-GS

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-------------------------------------------------------------X

## **ORDER**

        AND, NOW, this  31  day of    October    , 2024, the parties' proposed schedule in this matter is GRANTED. The schedule is set as follows:

- Plaintiff's brief is due on, or before, December 16, 2024;

- Defendant's brief is due on, or before, February 14, 2025;

- Plaintiff's reply, if any, is due on or before, February 28, 2025.

Date:  10/31/2024
         New York, New York

                                                                    GARY STEIN
                                                                    United States Magistrate Judge